UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIDEL HUTCHINS,

    Plaintiff,

          CIVIL ACTION NO. 12-12354

    v.           DISTRICT JUDGE GERALD E. ROSEN

          MAGISTRATE JUDGE MARK A. RANDON

BARBARA SAMPSON, et al.,

    Defendants.
_____/

**ORDER DENYING AS MOOT PLAINTIFF'S REQUEST FOR REGISTRY OF ACTION**

    This matter is before the Court on Plaintiff's "Request for Registry of Action." (Dkt. #16). Plaintiff asks the Court to require the United States Marshals Service to serve the summons and complaint on Defendants.

    On August 17, 2012, the U.S. Marshals Service mailed the summons and complaint to all Defendants (except the John Doe Defendants)[1]. Accordingly, Plaintiff's request is **DENIED AS MOOT**.

    **IT IS ORDERED**.

                              s/Mark A. Randon
                              MARK A. RANDON
                              UNITED STATES MAGISTRATE JUDGE

Dated: September 25, 2012

---

[1] On August 31, 2012, the Waiver of Service was returned Unexecuted as to Defendants Klinehart, Moore, and Berrios. The Court will order the MDOC to provide a last-known address for the Defendants, under seal. With regard to the Defendants that were properly served, their answer is due on October 22, 2012.

<u>*Certificate of Service*</u>

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, September 25, 2012, electronically.*

> *s/Melody R. Miles*
> *Case Manager to Magistrate Judge Mark A. Randon*