UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIDEL HUTCHINS, 436852,

    Plaintiff,

                              CIVIL ACTION NO. 12-12354

v.                        DISTRICT JUDGE GERALD E. ROSEN

                              MAGISTRATE JUDGE MARK A. RANDON

BARBARA SAMPSON, et al.,

    Defendants.
_____/

### ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST FOR DOCUMENTS

On June 28, 2012, Magistrate Judge R. Steven Whalen gave Plaintiff 30 days to obtain and provide to the Court the names of the John Doe Defendants he claims participated in the deprivation of his constitutional rights. (Dkt. #4).

On July 17, 2012, Plaintiff filed a "First Request for Production of Documents." (Dkt. #9). Plaintiff asks the Court to require the MDOC to provide various information. However, Plaintiff's Complaint only alleges that: (1) on January 9, 2009, April 27, 2009, and March 4, 2010, unknown parole board members signed form CAX-114 denying his parole; and (2) in April 2010, although his parole was granted, unknown parole board members signed form CAX-114 that placed fraudulent parole conditions on him and required him to remain in custody longer. (Dkt. #1).

Therefore, Plaintiff's request is **GRANTED IN PART AND DENIED IN PART**. By **October 12, 2012**, Defendants are required to provide Plaintiff the names of the parole board

members who signed Plaintiff's form CAX-114 on January 9, 2009, April 27, 2009, March 4, 2010, and April 2010. Plaintiff then has until **October 26, 2012** to provide to the Court the identity of the John Doe Defendants listed in his Complaint.

    **IT IS ORDERED**.

                                            s/Mark A. Randon
                                            MARK A. RANDON
                                            UNITED STATES MAGISTRATE JUDGE

Dated: September 25, 2012

                                 *Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, September 25, 2012, electronically.*

                                            *s/Melody R. Miles*
                                            *Case Manager to Magistrate Judge Mark A. Randon*