UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIDEL HUTCHINS, #436852,

    Plaintiff,

v.

    CIVIL ACTION NO. 12-12354

    DISTRICT JUDGE GERALD E. ROSEN

    MAGISTRATE JUDGE MARK A. RANDON

BARBARA SAMPSON, et al.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION (DKT. NO. 39)

On October 9, 2012, Defendants filed a Motion to Dismiss, or in the Alternative, for Summary Judgment. (Dkt. No. 27). On October 18, 2012, the Court ordered the Plaintiff to respond to Defendants' motion by November 9, 2012. (Dkt. No. 34).

This matter is before the Court on Plaintiff's "Request for an Extension For: Order Requiring Plaintiff to file a Response." (Dkt. No. 39). Plaintiff says he did not receive the Court's Order until October 29, 2012.[1]

The Court **GRANTS** Plaintiff's motion, and gives Plaintiff until **December 17, 2012** to file a response.

**IT IS ORDERED**.

    s/Mark A. Randon
    MARK A. RANDON
    UNITED STATES MAGISTRATE JUDGE

Dated: November 14, 2012

---

[1] Plaintiff also asks the Court to assist in transferring him to another State facility. However, the Court does not have the authority to require the MDOC to transfer Plaintiff.

<u>Certificate of Service</u>

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 14, 2012, by electronic and/or first class U.S. mail.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*