UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIDEL HUTCHINS,

        Plaintiff,                            No. 12-cv-12354

vs.                                         Hon. Gerald E. Rosen

BARBARA SIMPSON, et al.,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on December 20, 2012.

PRESENT:    Honorable Gerald E. Rosen
                            United States District Chief Judge

This matter having come before the Court on the October 31, 2012 Report and Recommendation of U.S. Magistrate Judge Mark A. Randon, recommending that the Court deny Plaintiff's Motion for Preliminary Injunction; and no timely objections to the Report and Recommendation having been filed; and the Court having reviewed and considered Plaintiff's Motion, the Magistrate Judge's R&R, and the entire record of this matter and agrees with the Magistrate Judge that Plaintiff's Motion for preliminary injunctive relief should be denied, and being fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and

Recommendation of October 31, 2012 **[Dkt. # 38]** be, and hereby is, ADOPTED by the Court. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation,

IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction **[Dkt. # 17]** is DENIED.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: December 20, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 20, 2012, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager