UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIDEL HUTCHINS,

                Plaintiff,                No. 12-CV-12354

vs.                                          Hon. Gerald E. Rosen

BARBARA SAMPSON, et al.,

                Defendants.

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S THREE REPORTS AND
RECOMMENDATIONS, AND DISMISSING PLAINTIFF'S COMPLAINT

     This matter having come before the Court on the May 22, June 28, and July 2, 2013 Reports and Recommendations of United States Magistrate Judge Mark A. Randon recommending that the Court grant the various Defendants' Motions to Dismiss and for Summary Judgment, deny Plaintiff's Motion for Preliminary Injunction, and dismiss Plaintiff's Complaint, in its entirety, with prejudice;[1] and no timely objections to the Magistrate Judge's Reports and Recommendations having been filed; and the Court having reviewed the Magistrate Judge's Reports and Recommendations, and the Court's file of this action and having concluded that, for the reasons stated in the Reports and Recommendations, this case should be dismissed in its entirety, without prejudice, and the

---

[1] Because Plaintiff makes the same allegations against the three unserved defendants, it would be futile and an uneconomical use of judicial resources to conduct further proceedings against these defendants. Therefore, the magistrate judge also recommended that Plaintiff's Complaint against them also be dismissed.

Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Reports and Recommendations of May 22, June 28, and July 2, 2013 **[Dkt. Nos. 104, 110 and 111]** be, and hereby are, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Motions to Dismiss and for Summary Judgment **[Dkt. Nos. 27, 55 and 109]** are GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction **[Dkt. # 37]** is DENIED as moot.

IT IS FURTHER ORDERED that Defendants' Motion to Stay Discovery **[Dkt. No. 79]** and Plaintiff's Motions to Compel Discovery **[Dkt. Nos. 86 and 87]** are denied as moot.

IT IS FURTHER ORDERED that Plaintiff's Complaint be DISMISSED in its entirety, WITH PREJUDICE.

Let Judgment be entered accordingly.


s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  July 17, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 17, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135