UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIDEL HUTCHINS,

                Plaintiff,                      No. 12-CV-12354

vs.                                          Hon. Gerald E. Rosen

BARBARA SAMPSON, et al.,

                Defendants.
_____/

## JUDGMENT

The Court having this date entered an Order adopting the Magistrate Judge's three Reports and Recommendations and dismissing Plaintiff's Complaint, in its entirety, with prejudice,

    NOW, THEREFORE,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT of DISMISSAL, WITHOUT PREJUDICE, be, and hereby is, entered.

                                  s/Gerald E. Rosen
                                  Chief Judge, United States District Court

Dated: July 17, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 17, 2013, by electronic and/or ordinary mail.

                                  s/Julie Owens
                                  Case Manager, (313) 234-5135